UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BOBBY WILSON, | : | CIVIL ACTION NO: |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| KYOCERA DOCUMENT SOLUTIONS OF NEW ENGLAND, INC., | : | |
| Defendant | : | MAY 4, 2021 |
| | : | |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Kyocera Document Solutions of New England, Inc. ("Kyocera") respectfully states:

1. On or about April 5, 2021, an action was commenced against Defendant in the Superior Court for the Judicial District of Hartford, in the State of Connecticut, entitled <u>Bobby Wilson v. Kyocera Document Solutions of New England, Inc.</u>, bearing Docket No. HHD-CV21-6140429-S, with the service of a Summons, Complaint, and Statement of Amount in Demand. Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State

1

court of which the district courts of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of Connecticut.

5. Defendant Kyocera is incorporated and has a principal place of business in Massachusetts.

6. There are no other defendants in this case.

7. The matter in controversy is alleged to exceed the sum or value of $75,000, exclusive of interest and costs.

8. Defendant received the initial proceedings setting forth the claim for relief upon which this action is based on April 5, 2021, and therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Hartford, be removed to this Court.

DEFENDANT,
KYOCERA DOCUMENT SOLUTIONS OF NEW ENGLAND, INC.,

By: /s/ Tanya A. Bovée
Tanya A. Bovée (ct24252)
tanya.bovee@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

## CERTIFICATION OF SERVICE

I hereby certify that on May 4, 2021, a copy of foregoing was served by electronic mail, on all counsel of record:

>Michael J. Reilly
>Cicchiello & Cicchiello, LLP
>364 Franklin Avenue
>Hartford, CT 06114
>mreilly@cicchielloesq.com

>/s/ *Tanya A. Bovée*
>Tanya A. Bovée